

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| HAROLD R. WHITLEY AND OCCUPANTS, | § | No. 08-14-00205-CV |
| Appellants, | § | Appeal from |
| v. | § | County Court at Law No. 4 |
| THE HOUSING AUTHORITY OF THE CITY OF DALLAS, TX, | § | of Dallas County, Texas |
| | § | (TC # CC-14-02407) |
| Appellee. | § | |
| | § | |

**<u>MEMORANDUM OPINION</u>**

This appeal is before the Court on its own motion for determination of whether it should be dismissed for want of prosecution. Finding that Harold Whitley, Appellant, has failed to make financial arrangements with the clerk of the trial court to pay for the clerk's record, we dismiss the appeal for want of prosecution.

On June 6, 2014, the trial court entered a final judgment and Whitley filed a *pro* se notice of appeal. The trial court clerk has notified the Court that Whitley has not made financial arrangements to pay for the clerk's record. The Clerk of the Court notified Whitley by letter regarding his failure to make financial arrangements to pay for the clerk's record and advised him that the appeal would be dismissed for want of prosecution unless he responded within ten days and showed grounds for continuing the appeal. *See* TEX.R.APP.P. 37.3. No reply has been

received.    Accordingly, we dismiss the appeal for want of prosecution.   *See* TEX.R.APP.P. 42.3(b).

November 5, 2014

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, J., and Barajas, C.J., (Senior Judge)
(Barajas, C.J., Senior Judge, sitting by assignment, not participating)